Submitted on record and briefs October 1, reversed and remanded November 21, 1990

# DAVID RUNNELS,
*Appellant,*

*v.*

# Carl ZENON,
*Respondent.*

(89C12329; CA A63305)

801 P2d 139

David J. Runnels, Salem, filed the brief *pro se.*

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583)*, 104 Or App 271, 800 P2d 792 (1990).